LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
SOLO FUNDS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>SOLO FUNDS, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-04108-RGK-AJR<br><br>**NOTICE OF CORPORATE DISCLOSURE STATEMENT BY DEFENDANT SOLO FUNDS, INC. PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Ctrm:　850 (8th Fl.)<br>Judge:　Hon. R. Gary Klausner<br>　　　　Roybal Federal Building<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012<br><br>Complaint filed:　May 17, 2024 |

Pursuant to Fed. R. Civ. P. 7.1, Defendant SOLO FUNDS, INC. ("SoLo Funds") hereby discloses the following:

SoLo Funds is a privately held corporation. No parent corporation or publicly held corporation owns 10 percent or more of the stock of SoLo Funds.

Respectfully submitted,

Dated: July 9, 2024

By: */s/ Laura A. Stoll*
LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER** LLP

LEVI W. SWANK (*pro hac vice* pending)
*LSwank@goodwinlaw.com*
**GOODWIN PROCTER** LLP
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

Attorneys for Defendant:
SOLO FUNDS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on **July 9, 2024**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **July 9, 2024**.

*/s/ Laura A. Stoll*
LAURA A. STOLL
