LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant: SOLO FUNDS, INC.

JOSEPH LAKE (SBN 246679)
*joseph.lake@cfpb.gov*
**CONSUMER FINANCIAL PROTECTION BUREAU**
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel.: 202-897-8360
Fax: 415-844-9788

Attorneys for Plaintiff: CONSUMER FINANCIAL PROTECTION BUREAU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>       Plaintiff,<br><br>   v.<br><br>SOLO FUNDS, INC.,<br><br>       Defendant. | Case No. 2:24-cv-04108-RGK-AJR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Ctrm:   850 (8th Fl.)<br>Judge:  Hon. R. Gary Klausner<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, CA 90012<br><br>Complaint served:     May 17, 2024<br>Current response date: July 16, 2024<br>New response date:    August 15, 2024 |

1    Plaintiff CONSUMER FINANCIAL PROTECTION BUREAU ("Bureau") and Defendant SOLO FUNDS, INC. ("SoLo Funds") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on May 17, 2024, the Bureau filed the initial Complaint in this action (ECF No. 1);

WHEREAS, on May 17, 2024, the Bureau served the Complaint and Notice of Lawsuit and Request to Waive Summons on SoLo Funds;

WHEREAS, on May 21, 2024, SoLo Funds executed the Request to Waive Summons, which the Bureau filed on May 22, 2024 (ECF No. 9);

WHEREAS, SoLo Funds is currently required to respond to the Complaint by July 16, 2024;

WHEREAS, pursuant to Local Rule 8-3, the Parties have stipulated to extend SoLo Funds' deadline to respond to the Complaint by not more than thirty (30) days, up to and including August 15, 2024;

WHEREAS, Local Rule 8-3 permits the parties to extend the time to respond to the initial Complaint without approval by the Court, so long as the stipulation does not extend the time for more than a cumulative total of 30 days from the date the response initially would have been due;

WHEREAS, this stipulated-to extension of time does not affect any event or deadline previously set by the Court and is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

WHEREAS, SoLo Funds has not previously requested or received any extension of the time from this Court to respond to the Complaint in this action;

///

///

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Bureau, by its undersigned counsel, and SoLo Funds, by its undersigned counsel, that SoLo Funds shall have up to and including August 15, 2024 to answer, move, or otherwise respond to the Complaint in this action.

Respectfully submitted,

Dated:  July 9, 2024     By:  */s/ Laura A. Stoll*
LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant: SOLO FUNDS, INC.

Dated:  July 9, 2024     By:  */s/ Joseph Lake*
JOSEPH LAKE (SBN 246679)
*joseph.lake@cfpb.gov*
**CONSUMER FINANCIAL PROTECTION BUREAU**

Attorneys for Plaintiff: CONSUMER FINANCIAL PROTECTION BUREAU

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Laura A. Stoll*
LAURA A. STOLL

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on **July 9, 2024**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **July 9, 2024**.

*/s/ Laura A. Stoll*
LAURA A. STOLL