THOMAS M. HEFFERON (admitted *pro hac vice*)
*THefferon@goodwinlaw.com*
LEVI W. SWANK (admitted *pro hac vice*)
*LSwank@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
SOLO FUNDS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

SOLO FUNDS, INC.,

Defendant.

Case No. 2:24-cv-04108-RGK-AJR

**DEFENDANT SOLO FUNDS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

Date: Monday, September 16, 2024
Time: 9:00 am
Ctrm: 850 (8th Fl.)
Judge: Hon. R. Gary Klausner
Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON Monday, September 16, 2024, at 9:00 a.m. or as soon thereafter as counsel may be heard, before the Honorable R. Gary Klausner, in Courtroom 850 of the above-captioned Court, located at Roybal Federal Building, 255 East Temple Street, 8th Floor, Los Angeles, California 90012, Defendant SOLO FUNDS, INC. will and hereby does move this Court to dismiss the Complaint of Plaintiff CONSUMER FINANCIAL PROTECTION BUREAU in its entirety under Federal Rule of Civil Procedure 12(b)(6).

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Levi W. Swank and the Declaration of Travis Holoway and exhibits attached thereto, the Request for Judicial Notice, the pleadings and papers on file herein, and such other or further material as may be presented at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 6, 2024.

Respectfully submitted,

Dated: August 15, 2024

By: */s/ Laura A. Stoll*

THOMAS M. HEFFERON (admitted *pro hac vice*)
*THefferon@goodwinlaw.com*
LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
LEVI W. SWANK (admitted *pro hac vice*)
*LSwank@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant
SOLO FUNDS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on **August 15, 2024**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **August 15, 2024**.

Dated: August 15, 2024

*/s/ Laura A. Stoll*

LAURA A. STOLL