BRADLEY H. COHEN
bradley.cohen@cfpb.gov (admitted pro hac vice)
CHELSEA M. PETER
chelsea.peter@cfpb.gov (admitted pro hac vice)
BRIAN E. J. MARTIN
brian.martin@cfpb.gov (admitted pro hac vice)
STEPHANIE B. GARLOCK
stephanie.garlock@cfpb.gov (admitted pro hac vice)
EMILY D. GILMAN
emily.gilman@cfpb.gov (admitted pro hac vice)
1700 G Street, N.W.
Washington, D.C. 20552
Tel.: 202-435-9280
Tel.: 202-808-6277
Fax: 202-435-5471

JOSEPH LAKE (CA Bar No. 246679)
joseph.lake@cfpb.gov
Local Counsel for Consumer Financial Protection Bureau
Tel: 202-897-8360
301 Howard Street, Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Plaintiff, <br><br> v. <br><br> SOLO FUNDS, INC., <br><br> Defendant. | Case No. 2:24-cv-04108-RJK-AJR <br><br> **CONSUMER FINANCIAL PROTECTION BUREAU'S EMERGENCY NOTICE** <br><br> Judge: Hon. R. Gary Klausner |

**EMERGENCY NOTICE**

Plaintiff the Consumer Financial Protection Bureau (CFPB) respectfully submits this emergency Notice to inform the Court of developments relevant to today's Informal Discovery Conference. The President removed the prior Director of the CFPB from his position. Counsel for the CFPB has been instructed not to make any filings or appearances in litigation except to seek a pause in proceedings. Accordingly, counsel for the CFPB will appear at today's hearing but will not present argument other than to respectfully request a pause in proceedings. Counsel for the CFPB will provide an update to the Court and counsel for Defendant as soon as practicable.

Dated: February 3, 2025                    Respectfully submitted,

Eric Halperin
*Enforcement Director*
Deborah Morris
*Deputy Enforcement Director*
Trishanda L. Treadwell
*Assistant Litigation Deputy*

 */s/Bradley H. Cohen*
Bradley H. Cohen (*pro hac vice)*
Chelsea M. Peter (*pro hac vice*)
Brian E. J. Martin (*pro hac vice*)
Stephanie B. Garlock (*pro hac vice*)
Emily D. Gilman (*pro hac vice*)

1700 G Street, N.W.
Washington, D.C. 20552
*Attorneys    for    the    Consumer Financial Protection Bureau*

1

**CERTIFICATE OF SERVICE**

2

3   Undersigned counsel certifies that the foregoing discovery response
was served via email upon Defendant's counsel of record on February 3,

4   2025.

5

6   Dated: February 3, 2025

7

8                                                   */s/Bradley H. Cohen*
9                                                    Bradley H. Cohen (*pro hac vice)*
                                                     *Attorney for the Consumer Financial*
10                                                   *Protection Bureau*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28