BRADLEY H. COHEN (admitted pro hac vice)
bradley.cohen@cfpb.gov
CHELSEA M. PETER (admitted pro hac vice)
chelsea.peter@cfpb.gov
BRIAN E. J. MARTIN (admitted pro hac vice)
brian.martin@cfpb.gov
EMILY D. GILMAN (admitted pro hac vice)
emily.gilman@cfpb.gov
**Consumer Financial Protection Bureau**
1700 G Street, N.W.
Washington, D.C. 20552
Tel.: 202-435-9280
Tel.: 202-808-6277
Fax: 202-435-5471

JOSEPH LAKE (SBN 246679)
joseph.lake@cfpb.gov
**Consumer Financial Protection Bureau**
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel.: 202-897-8360
Fax: 415-844-9788

Attorneys for Plaintiff: CONSUMER
FINANCIAL PROTECTION BUREAU

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Plaintiff, <br><br> v. <br><br> SOLO FUNDS, INC., <br><br> Defendant. | Case No. 2:24-cv-04108-RGK-AJR <br><br> **NOTICE OF FILING OF PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU'S EMERGENCY *EX PARTE* APPLICATION FOR STAY OF PROCEEDINGS** <br><br> Ctrm:  850 (8th Fl.) <br> Judge:  Hon. R. Gary Klausner <br> Roybal Federal Building <br> 255 East Temple Street <br> Los Angeles, CA 90012 |

-1-

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that through this Notice and the papers filed herewith, Plaintiff CONSUMER FINANCIAL PROTECTION BUREAU ("Bureau") hereby applies *ex parte* for the Court to stay the deadlines set forth in the Court's Scheduling Conference Order (ECF No. 40) and Order Granting Joint Stipulation and Request to Modify Scheduling Conference Order (ECF No. 84).

This *ex parte* application is made following the conference of counsel for the Bureau with counsel for SoLo. That conference took place telephonically on February 3, 2025. During the meet and confer (and later during an informal conference with Judge Richlin), counsel explained the substance of the *ex parte* application. SoLo's counsel is consulting with their client to determine how to respond, and Counsel for the Bureau had not yet heard back as of the time of this filing.

This *ex parte* application is based upon this Notice, the Bureau's *ex parte* application, the declaration of Bradley H. Cohen, and a proposed order. Copies of the foregoing will be served upon counsel of record via the CM/ECF system and will also be delivered to the Court via email.

Respectfully submitted,

-2-

Dated:   February 3, 2025      By:   /s/ *Bradley H. Cohen*
BRADLEY H. COHEN (admitted pro hac vice)
*Bradley.cohen@cfpb.gov*
**CONSUMER FINANCIAL PROTECTION BUREAU**

Attorney for Plaintiff: CONSUMER FINANCIAL PROTECTION BUREAU

-3-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on February 3, 2025, which accomplished service on the following counsel of record:

THOMAS M. HEFFERON (admitted *pro hac vice*)
*THefferon@goodwinlaw.com*
LEVI W. SWANK (admitted *pro hac vice*)
*LSwank@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036

LAURA A. STOLL (SBN: 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017

KERE K. TICKNER (SBN: 174777)
*KTickner@McGlinchey.com*
**McGLINCHEY STAFFORD PLLC**
18201 Von Karman Avenue, Suite 350
Irvine, CA 92612

DANIEL T. PLUNKETT (*pro hac vice*)
*Dplunkett@McGlinchey.com*
**McGLINCHEY STAFFORD PLLC**
601 Poydras Street 12th Floor
New Orleans, LA 70160

JORDAN GOLDFARB (*pro hac vice*)
*Jgoldfarb@McGlinchey.com*
**McGLINCHEY STAFFORD PLLC**
101 Ne 3rd Avenue, Suite 1810
Fort Lauderdale, FL 33301

ZELMA M. FREDERICK (*pro hac vice*)
*Zfrederick@McGlinchey.com*
**McGLINCHEY STAFFORD PLLC**
301 Main Street Suite 1400
Baton Rouge, LA 70801

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2025.

/s/ *Bradley H. Cohen*
BRADLEY H. COHEN

-5-