LEVI W. SWANK (admitted *pro hac vice*)
*LSwank@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
SOLO FUNDS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>SOLO FUNDS, INC.,<br><br>Defendant. | Case No. 2:24-cv-04108-RGK-AJR<br><br>**[DISCOVERY MATTER] DEFENDANT SOLO FUNDS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES FROM PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU**<br><br>Date: TBD<br>Time:<br>Ctrm: 780 (7th Fl.)<br>Judge: Hon. A. Joel Richlin<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant SOLO FUNDS, INC. will and hereby does move this Court for an order compelling the production of documents and interrogatory responses from Plaintiff CONSUMER FINANCIAL PROTECTION BUREAU.

This Motion is based upon the accompanying Memorandum in Support, the Declaration of Levi W. Swank and accompany exhibits.

This Motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on January 24, 2025 and January 27, 2025. Leave of Court has been obtained to file this motion. *See* Dkt. No. 91.

Respectfully submitted,

Dated: February 13, 2025    By:   */s/ Laura A. Stoll*
THOMAS M. HEFFERON (admitted *pro hac vice*)
THefferon@goodwinlaw.com
LAURA A. STOLL (SBN 255023)
LStoll@goodwinlaw.com
LEVI W. SWANK (admitted *pro hac vice*)
LSwank@goodwinlaw.com
**GOODWIN PROCTER LLP**

Attorneys for Defendant
SOLO FUNDS, INC.

- 1 -

DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL    Case No. 2:24-cv-04108-RGK-AJR

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on **February 13, 2025**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **February 13, 2025**.

Dated:  February 13, 2025

/s/ Laura A. Stoll
LAURA A. STOLL