1  BRADLEY H. COHEN (admitted pro hac vice)
   bradley.cohen@cfpb.gov
2  CHELSEA M. PETER (admitted pro hac vice)
3  chelsea.peter@cfpb.gov
   BRIAN E. J. MARTIN (admitted pro hac vice)
4  brian.martin@cfpb.gov
5  Consumer Financial Protection Bureau
   1700 G Street, N.W.
6  Washington, D.C. 20552
7  Tel.: 202-435-9280
   Tel.: 202-808-6277
8  Fax: 202-435-5471

10  JOSEPH M. LAKE (CA Bar No. 246679)
    joseph.lake@cfpb.gov
11  Local Counsel for Consumer Financial Protection Bureau
    Tel.: 202-897-8360
12  301 Howard Street, Suite 1200
13  San Francisco, CA 94105
    Fax: 415-844-9788

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br> Plaintiff, <br><br> v. <br><br> SOLO FUNDS, INC., <br> Defendant. | Case No. 2:24-cv-04108-RGK-AJR <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> Ctrm: 850 (8th Fl.) <br> Judge: Hon. R. Gary Klausner <br> Roybal Federal Building <br> Los Angeles, CA 90012 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and Defendant hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety against Defendant, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees, and waiving all rights to appeal.

Respectfully submitted,

Dated: February 21, 2025

Mark Paoletta
*Chief Legal Officer*
Daniel Shapiro
*Deputy Chief Legal Officer*
Cara Petersen
*Principal Deputy Enforcement Director*
Deborah Morris
*Deputy Enforcement Director*
Trishanda L. Treadwell
*Assistant Litigation Deputy*

*/s/Bradley H. Cohen*
Bradley H. Cohen (*pro hac vice*)
Chelsea M. Peter (*pro hac vice*)
Brian E. J. Martin (*pro hac vice*)
Joseph M. Lake (CA Bar No. 246679)

1700 G Street, N.W.
Washington, D.C. 20552

*Attorneys for Plaintiff the Consumer Financial Protection Bureau*

1

JOINT STIPULATION OF VOLUNTARY DISMISSAL            Case No. 2:24-cv-04108-RGK-AJR

Pursuant to L.R. 5-4.3.4(a)(2)(i), counsel for Plaintiff and filer of this document attests that counsel for Defendant, whose electronic signature appears below, is a registered CM/ECF filer, concurs in the filing of this stipulation, and has authorized this filing.

Dated: February 21, 2025

/s/ *Levi W. Swank*_____
LEVI W. SWANK (admitted *pro hac vice*)
LSwank@goodwinlaw.com
THOMAS M. HEFFERON (admitted *pro hac vice*)
THefferon@goodwinlaw.com
LAURA A. STOLL (SBN 255023)
LStoll@goodwinlaw.com
GOODWIN PROCTER LLP

KERE K. TICKNER (SBN: 174777)
KTickner@McGlinchey.com
McGLINCHEY STAFFORD PLLC
18201 Von Karman Avenue, Suite 350
Irvine, CA 92612
Tel: +1 949 381 5925
Fax: +1 949 266 8643

DANIEL T. PLUNKETT (admitted *pro hac vice*)
DPlunkett@McGlinchey.com
McGLINCHEY STAFFORD PLLC
601 Poydras Street, Suite 1200
New Orleans, LA 70130
Tel: +1 504 596 2778
Fax: +1 504 910 9542

JORDAN E. GOLDFARB (admitted *pro hac vice*)

2

JGoldfarb@McGlinchey.com
McGLINCHEY STAFFORD PLLC
101 NE 3rd Avenue, Suite 1810
Fort Lauderdale, FL 33301
Tel: +1 954 356 2517
Fax: +1 954 446 1643

ZELMA M. FREDERICK (admitted *pro hac vice*)
ZFrederick@McGlinchey.com
McGLINCHEY STAFFORD PLLC
301 Main Street, Suite 1400
Baton Rouge, LA 70801
Tel: +1 225 382 3615
Fax: +1 225 612 7033

*Attorneys for Defendant Solo Funds, Inc.*

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that the forgoing Joint Stipulation was served via email upon the following counsel of record on February 21, 2025:

THOMAS M. HEFFERON (admitted *pro hac vice*)
*THefferon@goodwinlaw.com*
LEVI W. SWANK (admitted *pro hac vice*)
*LSwank@goodwinlaw.com*
**GOODWIN PROCTOR LLP**
1900 N Street, NW
Washington, DC 20036

LAURA A. STOLL (SBN: 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTOR LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017

KERE K. TICKNER (SBN: 174777)
*KTickner@McGlinchey.com*
**McGLINCHEY STAFFORD PLLC**
18201 Von Karman Avenue, Suite 350
Irvine, CA 92612

DANIEL T. PLUNKETT (*pro hac vice*)
*Dplunkett@McGlinchey.com*
**McGLINCHEY STAFFORD PLLC**
601 Poydras Street 12th Floor
New Orleans, LA 70160

JORDAN GOLDFARB (*pro hac vice*)
*Jgoldfarb@McGlinchey.com*
**McGLINCHEY STAFFORD PLLC**
101 Ne 3rd Avenue, Suite 1810
Fort Lauderdale, FL 33301

ZELMA M. FREDERICK (*pro hac vice*)

4

JOINT STIPULATION OF VOLUNTARY DISMISSAL        Case No. 2:24-cv-04108-RGK-AJR

*Zfrederick@McGlinchey.com*
**McGLINCHEY STAFFORD PLLC**
301 Main Street Suite 1400
Baton Rouge, LA 70801

Dated: February 21, 2025

                               <u>*/s/Bradley H. Cohen*</u>
                               Bradley H. Cohen (*pro hac vice*)

                               *Attorney for the Consumer Financial Protection Bureau*